McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM PFARR, | CASE NO. |
| Plaintiff, | NOTICE OF REMOVAL |
| v. | |
| CHAPA-DE INDIAN HEALTH, | |
| Defendant. | |

## **NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

PLEASE TAKE NOTICE that the above-captioned action is hereby removed from the Superior Court of the State of California, County of Nevada, to this Court. The grounds for removal are as follows:

1. Plaintiff Tim Pfarr filed a Complaint against Chapa-De Indian Health, Case No. SC18-00017, in the Superior Court of the State of California, County of Nevada. A copy of the Complaint is attached hereto as **Exhibit A**. The Complaint seeks monetary relief for an alleged tort relating to dental care.

2. During the relevant period, Chapa-De Indian Health ("Chapa-De") compacted with the United States to provide health care services, including medical and dental care, pursuant to the Indian Self Determination and Education Assistance Act of 1975 ("ISDEAA"), Pub. L. 93-638.

NOTICE OF REMOVAL  1

3. By operation of law, Chapa-De and its employees are deemed part of the Indian Health Service while performing any service pursuant to the agreement between the United States and Chapa-De. *See* Public Law No. 101-512, sec. 314.

4. Based on the information currently available to the United States, the allegations in Pfarr's complaint relate to the provision of dental services pursuant to the agreement between the United States and Chapa-De. *See* Exhibit A.

5. The appropriate authority within the Department of Justice has certified that Chapa-De was acting within the scope of its compact with the United States. *See* Certification of Scope of Employment, attached hereto as **Exhibit B**. The exclusive remedy for plaintiff's tort claim therefore is an action against the United States in the United States District Court as provided by 28 U.S.C. § 1346(b). Removal therefore is appropriate under the Federal Tort Claims Act, 28 U.S.C. § 2679(d)(2).

6. Removal is timely under 28 U.S.C. § 2679(d)(2).

7. No bond is required pursuant to 28 U.S.C. § 2679(d)(2).

WHEREFORE, the above-captioned action pending in the Superior Court of the State of California, County of Nevada, Case No. SC18-00017, is hereby removed to the United States District Court for the Eastern District of California.

Dated: June 11, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROGH
Assistant United States Attorney

NOTICE OF REMOVAL  2