# EXHIBIT A

| SC-100 | Plaintiff's Claim and ORDER to Go to Small Claims Court | *Clerk stamps date here when form is filed.* |
|---|---|---|

**Notice to the person being sued:**
- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**
- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

**FILED**
JAN 30 2018
NEVADA COUNTY SUPERIOR COURTS

*Fill in court name and street address:*

Superior Court of California, County of Nevada
201 Church Street
Nevada City, CA 95959

*Court fills in case number when form is filed.*

**Case Number:** SC18-00017

**Case Name:**

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|
| | 1. 3/12/18 | 1:30 pm | 5 | |
| | 2. | | | |
| | 3. | | | |

Date: 1/30/18    Clerk, by _____, Deputy

**Instructions for the person suing:**
- You are the plaintiff. The person you are suing is the defendant.
- *Before* you fill out this form, read form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5
→

Plaintiff *(list names)*: | Case Number:
--- | ---

① **The plaintiff (the person, business, or public entity that is suing) is:**
Name: TIM PFARR   Phone: _____
Street address: 15954 GARY WAY   GRASS VALLEY   CA   95949
  *Street   City   State   Zip*
Mailing address *(if different)*: SAME
  *Street   City   State   Zip*

**If more than one plaintiff, list next plaintiff here:**
Name: _____   Phone: _____
Street address: _____
  *Street   City   State   Zip*
Mailing address *(if different)*: _____
  *Street   City   State   Zip*

☐ Check here if more than two plaintiffs and attach form SC-100A.
☐ Check here if either plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.
☐ Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.

② **The defendant (the person, business, or public entity being sued) is:**
Name: CHAPA-DE INDIAN HEALTH PRO.   Phone: 530 477-8545
Street address: 1350 E MAIN   GRASS VALLEY   CA   95945-5208
  *Street   City   State   Zip*
Mailing address *(if different)*: SAME
  *Street   City   State   Zip*

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**
Name: LISA DAVIES   Job title, if known: UNKNOWN
Address: 11670 ATWOOD RD   AUBURN   CA   95603
  *Street   City   State   Zip*

☐ Check here if your case is against more than one defendant, and attach form SC-100A.
☐ Check here if any defendant is on active military duty, and write his or her name here: _____

③ **The plaintiff claims the defendant owes $** 2,625.00 . *(Explain below)*:

a. Why does the defendant owe the plaintiff money?
  PERSONAL DENTURES WERE DESTROYED WHILE TRYING TO ADD TEETH.

When did this happen? *(Date)*: 7/17

b. If no specific date, give the time period: Date started: 7/14   Through: 1-18

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
  RECORDS OF PROOF OF PAYMENTS TO DR. PAFFINIGER, DR. CREASEYS

☐ Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.

Plaintiff (list names): _____ | Case Number: _____

④ **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**
☒ Yes    ☐ No    If no, explain why not:
_____
_____

⑤ **Why are you filing your claim at this courthouse?**
This courthouse covers the area (check the one that applies):
  a. ☒ (1) Where the defendant lives or does business.    (4) Where a contract (written or spoken) was made,
       (2) Where the plaintiff's property was damaged.         signed, performed, or broken by the defendant or
       (3) Where the plaintiff was injured.                    where the defendant lived or did business when the
                                                               defendant made the contract.
  b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim,
       is about an offer or contract for personal, family, or household goods, services, or loans. (Code Civ. Proc., § 395(b).)
  c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a
       retail installment contract (like a credit card). (Civ Code, § 1812.10.)
  d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is
       permanently garaged, if this claim is about a vehicle finance sale. (Civ Code, § 2984.4.)
  e. ☐ Other (specify): _____

⑥ **List the zip code of the place checked in ⑤ above** (if you know): 95603

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes   ☒ No
If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here: ☐

⑧ **Are you suing a public entity?** ☐ Yes   ☒ No
If yes, you must file a written claim with the entity first. ☐ A claim was filed on (date): _____
If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes   ☒ No    If yes, the filing fee for this case will be higher.

⑩ **Is your claim for more than $2,500?**   ☒ Yes   ☐ No
If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

⑪ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 1/27/18      Tim Pfarr              ▶   [signature]
                 Plaintiff types or prints name here      Plaintiff signs here

Date: _____      _____   ▶   _____
                 Second plaintiff types or prints name here   Second plaintiff signs here

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civ. Code, § 54.8.)*

| SC-100 | **Information for the defendant (the person being sued)** |

"**Small claims court**" is a special court where claims for $10,000 or less are decided. Individuals, including "natural persons" and sole proprietors, may claim up to $10,000. Corporations, partnerships, public entities, and other businesses are limited to claims of $5,000. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the *defendant*—the person being sued. The person who is suing you is the *plaintiff*.

**Do I need a lawyer?** You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?** You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

**What if I need an accommodation?** If you have a disability or are hearing impaired, fill out form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?** Ask the court clerk as soon as possible if your court has a court-provided interpreter available and how to request one. A court-provided interpreter may not be available. Alternatively, you may bring an adult who is not a witness or an attorney to interpret for you or ask the court for a list of interpreters for hire.

**Where can I get the court forms I need?** Go to any courthouse or your county law library, or print forms at *www.courts.ca.gov/smallclaims/forms.*

**What happens at the trial?** The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?** If you lose, you may appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file form SC-140, *Notice of Appeal*. You must file within 30 days after the clerk hands or mails you the judge's decision (judgment) on form SC-200 or form SC-130, *Notice of Entry of Judgment.*
- If you were *not* at the trial, fill out and file form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File form SC-140.

For more information on appeals, see *www.courts.ca.gov/smallclaims/appeals.*

**Do I have options?**
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the plaintiff agree on how to settle the case, the plaintiff must file form CIV-110, *Request for Dismissal*, with the clerk. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To have the court order a witness to go to the trial, fill out form SC-107 (*Small Claims Subpoena*) and have it served on the witness.

- **Sue the person who is suing you.** If you have a claim against the plaintiff, and the claim is appropriate for small claims court as described on this form, you may file *Defendant's Claim* (form SC-120) and bring the claim in this action. If your claim is for *more* than allowed in small claims court, you may still file it in small claims court if you give up the amount over the small claims value amount, or you may file a claim for the full value of the claim in the appropriate court. If your claim is for more than allowed in small claims court *and* relates to the same contract, transaction, matter, or event that is the subject of the plaintiff's claim, you may file your claim in the appropriate court and file a motion to transfer the plaintiff's claim to that court to resolve both matters together. You can see a description of the amounts allowed in the paragraph above titled "**Small Claims Court.**"

- **Agree with the plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the plaintiff what he or she is asking for plus court costs. If this happens, the plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**? Need help?**
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor.*

* Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc., § 116.220(c).)

| Revised January 1, 2017 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims) | **SC-100**, Page 4 of 5 → |