# EXHIBIT B

1   McGREGOR W. SCOTT
    United States Attorney
2   PHILIP A. SCARBOROUGH (SBN 254934)
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5
    Attorneys for the United States
6

7              IN THE UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10  TIM PFARR,                          CASE NO.
                        Plaintiff,
11                                      CERTIFICATION OF SCOPE OF
    v.                                  EMPLOYMENT
12
    CHAPA DE INDIAN HEALTH.
13                      Defendant.
14

15

16          I, David T. Shelledy, Chief of the Civil Division of the Office of the United States Attorney

17  for the Eastern District of California, acting pursuant to 28 U.S.C. § 2679(d) and 28 C.F.R. § 15.4,

18  and authority delegated to me by the United States Attorney, hereby certify that:

19          1.      I have reviewed the Complaint in this action; and

20          2.      On the basis of the information now available to me, and pursuant to Public Law No.

21  101-512, sec. 314 (1990), defendant Chapa De Indian Health, is deemed to be part of the Indian

22  Health Service while carrying out the functions of the Compact between Chapa De Indian Health

23  Program, Inc. and the United States of America, dated August 30, 2013, and was acting in the scope

24  of such compact at the time of the events alleged in the Complaint.  Chapa De Indian Health by

25  operation of law is entitled to the official immunity of the Federal Tort Claims Act, 28 U.S.C. §§

26  2671-2680.  Public Law No. 101-512, sec. 314.

27  //

28  //

                                                                                      1

DATED: June 1, 2018

By: _____

David T. Shelledy, Chief, Civil Division
U.S. Attorney's Office
Eastern District of California